UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA ACACIO,<br><br>            Plaintiff,<br><br>      v.<br><br>ALLIANCE BANCORP, et al.,<br><br>            Defendants. | Case No.: C 10-04748 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"; CONTINUING CASE MANAGEMENT CONFERENCE** |

On December 10, 2010, Defendant Mortgage Electronic Registration Systems, Inc. filed a motion to dismiss this action. As a result, each party was required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than December 17, 2010. *See* Civ. L.R. 73-1(a)(2). On December 14, 2010, Defendant Mortgage Electronic Registration Systems, Inc. consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c). Plaintiff has neither consented nor requested reassignment. Therefore,

IT IS HEREBY ORDERED that no later than January 4, 2011, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at

www.cand.uscourts.gov.

IT IS FURTHER ORDERED that the case management conference is continued to 2 p.m. on February 14, 2011. The parties shall file a Joint Case Management Conference Statement no later than February 7, 2011.

Dated: December 22, 2010

                                              PAUL S. GREWAL
                                              United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

<u>copies mailed on               to:</u>

Anita Acacio
2404 Lucerne Way
San Jose, CA 95122

                                                      _____

OSCAR RIVERA
Courtroom Deputy