1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   ANITA ACACIO,                    )        Case No.: C 10-4748 PSG
                                       )
13                   Plaintiff,        )        **ORDER DENYING DEFENSE**
                                       )        **COUNSEL'S REQUEST TO APPEAR**
14         v.                          )        **TELEPHONICALLY AT CASE**
                                       )        **MANAGEMENT CONFERENCE**
15   ALLIANCE BANCORP, et al.,         )
                                       )        **[Docket No. 14]**
16                   Defendants.       )
     _____)
17

18         On December 22, 2010, Defendant Mortgage Electronic Registrations System, Inc.

19   ("MERS") filed a request to appear telephonically at the case management conference set for

20   December 28, 2010.  Based on the request and the file herein,

21         IT IS HEREBY ORDERED that MER's request is DENIED.  MER has not established

22   good cause for requested relief.  MER contends that traveling to this courthouse from San

23   Francisco will place a burden on its counsel.  The burden of appearing in court, however, is a

24   normal burden of litigation.  MER has not shown any specific facts that would warrant relieving it

25   of having its counsel appear in court for the case management conference, which has been

26   continued to February 15, 2011.  *See* Order Setting Deadline for Parties to File Either a "Consent

27   to Proceed Before a United States Magistrate Judge," Or Else a "Declination to Proceed Before a

28   United States Magistrate Judge and Request for Reassignment"; Continuing Case Management

1    Conference dated December 22, 2010 (Docket No. 16) and Clerk's Notice dated December 27,

2    2010 (Docket No. 21).

3

4    Dated: December 27, 2010

5    _____

6    PAUL S. GREWAL
     United States Magistrate Judge