**E-filed 3-3-2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA ACACIO, Married Woman as Her Sole and Separate Property,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE BANCORP, a business entity, form unknown; FIDELITY NATIONAL TITLE, a Business Entity, form unknown; UNIVERSAL MARKETING GROUP, INC., a Business Entity, form unknown, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Business Entity, form unknown, and DOES 1-10, inclusive,<br><br>Defendants. | Case Number CV-10-4748-JF<br><br>ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; VACATING HEARING DATE<br><br>[Re: Docket No. 26 ] |

Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") moves to dismiss all claims for relief in Plaintiff's complaint. Plaintiff alleges violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601, *et seq.*, and related state law claims. The Court concludes that this motion is appropriate for determination without oral argument and will vacate the hearing date of March 4, 2011. *See*

---

[1] This disposition is not designated for publication in the official reports.

1  Civ. L.R. 7-1(b).

2  Under this Court's Civil Local Rules, Plaintiff's opposition was due at least twenty-one
3  days before the noticed hearing date of March 4, 2011–here, not later than February 11, 2011. *See*
4  Civ. L.R. 7-3(a). As of the date of this order, Plaintiff has not filed opposition papers.

5  Because the instant motion appears well-taken and is unopposed, the motion to dismiss
6  will be granted with leave to amend. Any amended pleading shall be filed within twenty (20)
7  days after the date of this order.

**ORDER**

For good cause shown,

(1) the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

(2) any amended pleading shall be filed within twenty (20) days after the date of this order;

(3) the hearing date of March 4, 2011 is VACATED.

DATED: March 3, 2011

JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-4748-JF
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFEX2)