**E-filed 4/1/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA ACACIO, Married Woman as Her Sole and Separate Property,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE BANCORP, a business entity, form unknown; FIDELITY NATIONAL TITLE, a Business Entity, form unknown; UNIVERSAL MARKETING GROUP, INC., a Business Entity, form unknown, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Business Entity, form unknown, and DOES 1-10, inclusive,<br><br>Defendants. | Case Number CV-10-4748-JF<br><br>ORDER[1] DISMISSING ACTION WITH PREJUDICE |

On March 3, 2011, this Court dismissed Plaintiff's complaint and granted her twenty days within which to amend. Because Plaintiff failed to amend within the time provided, the action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: 4/1/2011

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-4748-JF
ORDER DISMISSING ACTION WITH PREJUDICE
(JFEX2)